IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| | : | CHAPTER 13 BANKRUPTCY |
| JUANA ORTIZ | : | |
| | : | NO. 5:22-bk-00155-MJC |
| Debtor(s) | : | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT:

Please be advised that Christopher B. Slusser, Esquire of the Slusser Law Firm, 1620 North Church Street, Suite 1, Hazleton, Pennsylvania 18202, hereby enters his appearance on behalf of the Creditor, Hazleton City Authority, requests copies of all notices, pleadings and other papers however designated pursuant to Bankruptcy Rule 2002(a) and (b).

Respectfully submitted,
THE SLUSSER LAW FIRM

Date: 04/08/2022

/s/ *Christopher B. Slusser Esquire*
Christopher B. Slusser, Esquire
Supr. I.D. 78609
Attorney/Solicitor for Hazleton City Authority
1620 North Church Street, Suite 1
Hazleton, PA 18202
(570) 453-0463