IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 BANKRUPTCY |
|---|---|---|
| Juana Ortiz, | : | NO. 5:22-bk-00155-MJC |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Christopher B. Slusser, Esquire, do hereby certify that, I served a copy of a Proof of Claim, Entry of Appearance and Request for Notices on the following parties in this matter:

Tullio Deluca on behalf of Debtor, Juana Ortiz, *via email: tullio.deluca@verizon.net*

Jack N. Zaharopoulos, Trustee, *via email: TWecf@pamd13trustee.com*

United States Trustee, *via email: ustpregion03.ha.ecf@usdoj.gov*

Steven K. Eisenberg, *via email: scisenberg@sterneisenberg.com; bkecf@sterneisenberg.com*

Daniel Philip Jones, *via email: djones@sterneisenberg.com; bkecf@sterneisenberg.com*

Rebecca Ann Solarz, *bkgroup@kmllawgroup.com*

                                    Respectfully submitted,

                                    THE SLUSSER LAW FIRM

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: 04/08/2022            By: */s/ Christopher B. Slusser, Esquire*
                                                Christopher B. Slusser, Esquire
                                                Supr. ID #78609
                                                1620 N. Church St., Ste. 1
                                                Hazleton, PA 18201
                                                Telephone: 570-453-0463
                                                Attorney for Creditor
                                                Hazleton City Authority