IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:        |   | CHAPTER 13 BANKRUPTCY |
|---------------|---|-----------------------|
| Juana Ortiz,  | : | NO. 5:22-bk-00155-MJC |
| Debtor(s)     | : |                       |

## CERTIFICATE OF SERVICE

I, Christopher B. Slusser, Esquire, do hereby certify that, I served a copy of a Proof of Claim, Entry of Appearance and Request for Notices on the following parties in this matter:

Tullio DeLuca on behalf of Debtor, Juana Ortiz, *via email: tullio.deluca@verizon.net;*

Steven K. Eisenberg *via email: seisenberg@sterneisenberg.com; bkecf@sterneisenberg.com;*

Daniel Philip Jones *via email: djones@sterneisenberg.com, bkecf@sterneisenberg.com;*

Rebecca Ann Solarz *via email: bkgroup@kmllawgroup.com;*

United States Trustee, *via email: ustpregion03.ha.ecf@usdoj.gov;* and

Jack N. Zaharopoulos (Trustee) *via email: TWecf@pamd13trustee.com*

Respectfully submitted,

THE SLUSSER LAW FIRM

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Date: 05/02/2022

By: _____
Christopher B. Slusser, Esquire
Supr. ID #78609
Attorney for Creditor Municipal
Authority Of Hazle Township
1620 N. Church St., Ste. 1
Hazleton, PA 18201
Telephone: 570-453-0463