UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

JUANA ORTIZ

Debtor(s)

Chapter: 13
Case Number: 5-22-00155

## CERTIFICATE OF MAILING

The undersigned employee in the office of:

Tullio DeLuca, Esquire

hereby certifies that a copy of the attached Order Confirming Amended Chapter 13 Plan was mailed today to all parties named on the mailing list attached hereto by regular first class mail.

DATED: July 27, 2022

SIGNED: *Lisa Manchak*

TITLE: Legal Assistant

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Juana Ortiz,
aka Juana B. Ortiz, aka Juana B. Castillo De Ortiz,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−00155−MJC

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 13, 2022. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: July 26, 2022

orcnfpln(05/18)

Hazleton City Authority
400 East Author Gardner Parkway
Hazleton, PA 18201-7395

Municipal Authority of Hazle Township
PO Box 502
Harleigh, PA 18225-0502

U.S. Bank Trust National Association, as Tru
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Community Loan Servicing, LLC
4426 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146

Community Loan Servicing, LLC
f/k/a Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd., 5th Floor
Coral Gables, FL 33146-1839

Fay Servicing
425 S.Financial Pl. Suite 2000
Chicago, IL 60605-1000

Greater Hazleton Joint Sewer Authority
500 Oscar Thomas Drive
P.O. Box 651
Hazleton, PA 18201-0651

Hazleton City Authority
400 E. Arthur Gardner Pkwy.
Hazleton, PA 182010-7395

Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976-3403

U.S. Bank Trust National Association, et al.
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Yajaira Ortiz
604 Landmesser Ave.
Hazleton, PA 18202-2151

JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625