B 2100A (Form 2100A) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| In re: Juana Ortiz a/k/a Juana B. Ortiz a/k/a Juana B. Castillo De Ortiz<br><br>     Debtor(s) | Case No. 22-00155 MJC |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Nationstar Mortgage LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:
RightPath Servicing
PO Box 619096
Dallas, TX 75261-9741
Phone: 833-685-2590
Last Four Digits of Acct. #: 3125

Name and Address where transferee payments should be sent (if different from above)
RightPath Servicing
PO Box 619094
Dallas, TX 75261-9741
Phone: 833-685-2590
Last Four Digits of Acct. #: 3125

<u>Community Loan Servicing, LLC</u>
Name of Transferor:

Court Claim #: 2
Amount of Claim: $7,116.09
Date Claim Filed: 4/6/2022
Phone: 866-709-3400
Last Four Digits of Acct#: 8554

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Brian Nicholas, Esquire</u>    Date: <u> 9/26/2022</u>
  Transferee/Transferee's Agent

  *Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.