# JOAN HOGGARTH
## LUZERNE COUNTY CLERK OF RECORDS
### DIVISION OF JUDICIAL SERVICES AND RECORDS



Recorder of Deeds Division
Luzerne County Courthouse
200 N. River Street
Wilkes-Barre, PA 18711
(570) 825-1641

*RETURN DOCUMENT TO:
NATIONWIDE TITLE CLEARING, LLC
2100 ALT 19
PALM HARBOR, FL 34683-2620

**Instrument Number - 202242305**
Recorded On 7/1/2022 At 11:41:24 AM
* Instrument Type - ASSIGNMENT OF MORTGAGE
Invoice Number - 1146855      User ID: AHD      *Total Pages - 3
* Mortgagor - COMMUNITY LOAN SERVICING LLC  ORTIZ, AREOBO A
* Mortgagee - NATIONSTAR MORTGAGE LLC
* Customer - SIMPLIFILE LC E-RECORDING

```
*FEES
PA WRIT TAX                    $0.50
JCS/ACCESS TO JUSTICE         $40.25
COUNTY RECORDING FEE          $18.00
COUNTY ARCHIVES FEE            $2.00
RECORDER'S ARCHIVES FEE        $3.00
PIN CERTIFICATIONS            $20.00
TOTAL PAID                    $83.75
```



I hereby CERTIFY that this document is Recorded in the Recorder of Deeds Office of Luzerne County, Pennsylvania

Joan Hoggarth
Clerk of Records
Recorder of Deeds Division

PARCEL IDENTIFICATION NUMBER
T7NE2-8-7
Total Property Identification Numbers: 1

## THIS IS A CERTIFICATION PAGE

## Do Not Detach

### THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT

* - Information denoted by an asterisk may change during the verification process and may not be reflected on this page.

INSTRUMENT NUMBER - 202242305     BOOK: 3022   PAGE: 174398

```
CERTIFIED PROPERTY IDENTIFICATION NUMBERS
T7NE2  -8  -7       -     HAZLE TOWNSHIP
        CERTIFIED 06/30/2022 BY AWA
```

Prepared By:
Dave LaRose/NTC, 2100 Alt. 19
North, Palm Harbor, FL 34683
(800)346-9152

When Recorded Return To:
Community Loan Servicing, LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

**Loan Number** ▮▮▮▮▮

Parcel ID Number ▮▮▮▮▮

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC, WHOSE ADDRESS IS 4425 PONCE DE LEON BLVD, CORAL GABLES, FL 33146,** (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage therein together with all interest secured thereby, all liens, and any rights due or to become due thereon to **NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS,** (ASSIGNEE).

Said Mortgage dated 10/18/2005, in the amount of $47,500.00 made by **AREOBO A ORTIZ** to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., ITS SUCCESSORS AND ASSIGNS** recorded on 10/26/2005, in the Office of the Recorder of Deeds of **LUZERNE** County, in the State of **Pennsylvania,** in **Book 3005 and Page 283137.**
Property is more commonly known as: 604 LANDMESSER AVE, HAZLETON, PA 18201.

**Dated this 30th day of June in the year 2022**
**COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC**

By: *Cecelia Mansfield* (signature)
CECELIA MANSFIELD
VICE PRESIDENT

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

Loan Number 

STATE OF FLORIDA  COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 30th day of June in the year 2022, by Cecelia Mansfield as VICE PRESIDENT of COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*Tanner Dickson*

**TANNER DICKSON**
**COMM EXPIRES: 10/01/2024**



TANNER DICKSON
Notary Public - State of Florida
Commission # HH 049515
My Comm. Expires Oct 1, 2024
Bonded through National Notary Assn.

Assignment of Mortgage from:
**COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC, WHOSE ADDRESS IS 4425 PONCE DE LEON BLVD, CORAL GABLES, FL 33146, (ASSIGNOR),**
to:
**NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

Mortgagor: **AREOBO A ORTIZ**

All that certain lot or piece of ground situated in
Mortgage Premises: 604 LANDMESSER AVE
  HAZLETON, PA 18201
  LUZERNE
(Borough or Township, if stated), Commonwealth of Pennsylvania.
Being more particularly described in said Mortgage.

### Certificate of Residence

I, **Cecelia Mansfield**, do certify that the precise address of the within named Assignee is:
**NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**

*Cecelia Mansfield*

**CECELIA MANSFIELD**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.