IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Juana Ortiz a/k/a Juana B. Ortiz a/k/a Juana B. Castillo De Ortiz**<br>　　　　　　　　　　Debtor(s) | BK NO. 22-00155 MJC<br><br>Chapter 13 |
| **Nationstar Mortgage LLC**<br>　　　　　　　　　　Movant<br>vs.<br>**Juana Ortiz a/k/a Juana B. Ortiz a/k/a Juana B. Castillo De Ortiz**<br>　　　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　　Trustee | Related to Claim No. 2 |

### CERTIFICATE OF SERVICE
### Transfer of Claim

I, Brian Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 27, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Juana Ortiz a/k/a Juana B. Ortiz a/k/a Juana B.
Castillo De Ortiz
620 North Putnam Street
West Hazleton, PA 18202

<u>Attorney for Debtor(s)</u>
Tullio DeLuca, Esq.
381 N. 9th Street (VIA ECF)
Scranton, PA 18504

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>September 27, 2022</u>

　　　　　　　　　　　　　　　　　　　　　　**/s/ Brian Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Brian Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com