In re:                                                                    Case No. 22-00155-MJC

Juana Ortiz                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                  User: AutoDocke                                  Page 1 of 2

Date Rcvd: May 02, 2023                     Form ID: trc                                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5467163 | ^ MEBN | | |
| | | May 02 2023 18:32:37 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority chriss@slusserlawfirm.com  lisab@slusserlawfirm.com |
| Christopher B Slusser | on behalf of Creditor Municipal Authority of Hazle Township chriss@slusserlawfirm.com  lisab@slusserlawfirm.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI CGS Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |

Jack N Zaharopoulos
                          TWecf@pamd13trustee.com

Steven K Eisenberg
                          on behalf of Creditor U.S. Bank Trust National Association  as Trustee for CVI CGS Mortgage Loan Trust I
                          seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Tullio DeLuca
                          on behalf of Debtor 1 Juana Ortiz tullio.deluca@verizon.net

United States Trustee
                          ustpregion03.ha.ecf@usdoj.gov


TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:22-bk-00155-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Juana Ortiz
620 N. Putnam St.
West Hazleton PA 18202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/01/2023.

Name and Address of Alleged Transferor(s):

Claim No. 1: U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

Land Home Financial Services, Inc. as servicer
3611 South Harbor Blvd Suite 100
Santa Ana, CA  92704
Land Home Financial Services, Inc. as se
3611 South Harbor Blvd Suite 100
Santa Ana, CA  92704

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/04/23

Terrence S. Miller

**CLERK OF THE COURT**