United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00155-MJC |
| Juana Ortiz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 22, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5497779 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 22 2024 18:40:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O RightPath Servicing |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority chriss@slusserlawfirm.com lisab@slusserlawfirm.com |
| Christopher B Slusser | on behalf of Creditor Municipal Authority of Hazle Township chriss@slusserlawfirm.com lisab@slusserlawfirm.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor Land Home Financial Services Inc., as Servicer for OHTacoma1SUBI a Series of OHTacoma1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |

TWecf@pamd13trustee.com

Michael Patrick Farrington

on behalf of Creditor Community Loan Servicing LLC mfarrington@kmllawgroup.com

Michael Patrick Farrington

on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com

Steven K Eisenberg

on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Tullio DeLuca

on behalf of Debtor 1 Juana Ortiz tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:22-bk-00155-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Juana Ortiz
620 N. Putnam St.
West Hazleton PA 18202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/22/2024.

Name and Address of Alleged Transferor(s):

Claim No. 2: Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O RightPath Servicing

Name and Address of Transferee:

Nationstar Mortgage LLC
C/O Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC
C/O Rushmore Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/24/24

Terrence S. Miller
**CLERK OF THE COURT**