UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| **Juana Ortiz,** | ) | Case No.: 5:22-bk-00155-MJC |
|     Debtor. | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| **Kingdom RCG Evergreen Fund Series I LLC,** | ) | Trustee Jack N. Zaharopoulos |
| | ) | |
|     Movant, | ) | |
| | ) | Jude Mark J. Conway |
| v. | ) | |
| | ) | |
| **Juana Ortiz,** | ) | |
| | ) | |
|     Respondent. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    **COMES NOW**, Jennie C. Shnayder, Esq., and Dwaldmanlaw, P.C. attorneys for Secured Creditor, Kingdom RCG Evergreen Fund Series I LLC, and hereby enters its notice of appearance in the above-styled action.

    The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

Jennie C. Shnayder, ESQ.
**Dwaldmanlaw, P.C.**
Attorneys for Secured Creditor
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email 1: jennie@dwaldmanlaw.com
Email 2: tiffany@dwaldmanlaw.com

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 9th Day of April 2025, I served a copy of the foregoing Notice of Appearance and Request for Service by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST:**

*Debtor*
Juana Ortiz
620 N. Putnam St.
West Hazleton, PA 18202

Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504
*Debtor(s) Attorney*

*Trustee*
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

*Asst. U.S. Trustee*
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

                                                  Signature: /s/ Jennie C. Shnayder
                                                  Jennie C. Shnayder, Esq., ID #315213
                                                  DWALDMANLAW, P.C.
                                                  4900 Carlisle Pike, #182
                                                  Mechanicsburg, PA 17050
                                                  Telephone: (844) 899-4162
                                                  Facsimile: (844) 882-4703
                                                  Email: jennie@dwaldmanlaw.com
                                                  Email 2: tiffany@dwaldmanlaw.com
                                                  Attorney for Secured Creditor