UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re: ) | |
| Juana Ortiz, ) | Case No.: 5:22-bk-00155-MJC |
|     Debtor. ) | Chapter 13 |
| _____ ) | |
| ) | |
| Kingdom RCG Evergreen Fund Series I LLC, ) | Trustee Jack N. Zaharopoulos |
| ) | |
|     Movant, ) | |
| ) | Jude Mark J. Conway |
| v. ) | |
| ) | |
| Juana Ortiz, ) | |
| ) | |
|     Respondent. ) | |

## ORDER MODIFYING AUTOMATIC STAY

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to real property located at **620 N. Putnam St., West Hazleton, PA 18202** ("Premises") as to allow Kingdom RCG Evergreen Fund Series I LLC, or its Successor or Assignee, to take any legal action for enforcement of its right under state law and the loan documents; and it is further

**ORDERED THAT:** The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is further

**ORDERED THAT:** The relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

_____

U.S. Bankruptcy Judge