| | |
|---|---|
| In re: | Case No. 22-00155-MJC |
| Juana Ortiz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 22, 2025 | Form ID: pdf010 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | ANA MARIE B. AMENTA INSOLVENCY SPECIALIST, INTERNAL REVENUE SERVICE, 600 ARCH STREET, PHILADELPHIA, PA 19106-1695 |
| cr | + | Hazleton City Authority, Hazleton City Authority, 400 East Author Gardner Parkway, Hazleton, PA 18201-7395 |
| | | Joseph J. Swartz, Counsel, PA DEPT OF REVENUE, OFFICE OF CHIEF COUNSEL, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| | + | KIRSHA JOHNS, LUZERNE COUNTY TAX CLAIM BUREAU c/o ELIT, 200 N. RIVER ST, WILKES-BARRE, PA 18702-2405 |
| 5457457 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 182010-7395 |
| 5457460 | + | Municipal Authority of Hazle Township, P.O. Box 502, Harleigh, PA 18225-0502 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5457454 | ^ MEBN | | |
| | | May 22 2025 18:49:54 | Fay Servicing, 425 S.Financial Pl. Suite 2000, Chicago, IL 60605-1000 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher B Slusser | |

| Name | Details |
|---|---|
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority chriss@slusserlawfirm.com lisab@slusserlawfirm.com |
| | on behalf of Creditor Municipal Authority of Hazle Township chriss@slusserlawfirm.com lisab@slusserlawfirm.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Land Home Financial Services Inc., as Servicer for OHTacoma1SUBI a Series of OHTacoma1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jennie Shnayder | on behalf of Creditor Kingdom RCG Evergreen Fund Series I LLC jennie@dwaldmanlaw.com corey@dwaldmanlaw.com |
| Steven K Eisenberg | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| Tullio DeLuca | on behalf of Debtor 1 Juana Ortiz tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | |
|---|---|
| JUANA ORTIZ : | |
|     Debtor : | CASE NO. 5:22-BK-00155-MJC |

*************************************************************************

| | |
|---|---|
| JUANA ORTIZ : | CHAPTER 13 |
|     Movant : | |
| vs. : | |
| LUZERNE COUNTY TAX CLAIM : | |
| BUREAU, FAY SERVICING, HAZLETON : | |
| CITY AUTHORITY, MUNICIPAL AUTH : | |
| OF HAZLE TOWNSHIP, INTERNAL : | |
| REVENUE SERVICE, PA DEPARTMENT : | |
| OF REVENUE and : | |
| JACK N. ZAHAROPOULOS, ESQUIRE : | |
|     Respondents : | |

*************************************************************************
**ORDER**
*************************************************************************

Upon consideration of the Stipulation filed at Dkt. # 100 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 22, 2025