United States Bankruptcy Court
Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00155-MJC |
| Juana Ortiz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: May 22, 2025 | Form ID: pdf010 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | ANA MARIE B. AMENTA INSOLVENCY SPECIALIST, INTERNAL REVENUE SERVICE, 600 ARCH STREET, PHILADELPHIA, PA 19106-1695 |
| | | Joseph J. Swartz, Counsel, PA DEPT OF REVENUE, OFFICE OF CHIEF COUNSEL, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| | + | KIRSHA JOHNS, LUZERNE COUNTY TAX CLAIM BUREAU c/o ELIT, 200 N. RIVER ST, WILKES-BARRE, PA 18702-2405 |
| 5457457 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 182010-7395 |
| 5457460 | + | Municipal Authority of Hazle Township, P.O. Box 502, Harleigh, PA 18225-0502 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5457454 | ^ | MEBN | May 22 2025 18:49:56 | Fay Servicing, 425 S.Financial Pl. Suite 2000, Chicago, IL 60605-1000 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2025            Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority chriss@slusserlawfirm.com  lisab@slusserlawfirm.com |

Christopher B Slusser
on behalf of Creditor Municipal Authority of Hazle Township chriss@slusserlawfirm.com lisab@slusserlawfirm.com

Daniel Philip Jones
on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com

Denise E. Carlon
on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Land Home Financial Services Inc., as Servicer for OHTacoma1SUBI a Series of OHTacoma1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
ecf_pahu_alt@trustee13.com

Jennie Shnayder
on behalf of Creditor Kingdom RCG Evergreen Fund Series I LLC jennie@dwaldmanlaw.com corey@dwaldmanlaw.com

Steven K Eisenberg
on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Tullio DeLuca
on behalf of Debtor 1 Juana Ortiz tullio.deluca@verizon.net

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | |
|---|---|
| JUANA ORTIZ | CASE NO. 5:22-BK-00155-MJC |
| Debtor | CHAPTER 13 |

*************************************************************************

| | |
|---|---|
| JUANA ORTIZ | |
| Movant | |
| vs. | |
| LUZERNE COUNTY TAX CLAIM BUREAU, FAY SERVICING, HAZLETON CITY AUTHORITY, MUNICIPAL AUTH OF HAZLE TWP., INTERNAL REVENUE SERVICE, PA DEPARTMENT OF REVENUE and JACK N. ZAHAROPOULOS, ESQUIRE, Respondents. | |

*************************************************************************

**ORDER GRANTING DEBTOR'S MOTION FOR PRIVATE SALE OF
REAL AND PERSONAL PROPERTY FREE AND CLEAR OF
<u>ALL LIENS, CHARGES AND ENCUMBRANCES</u>**
*************************************************************************

Upon consideration of the within Motion, Dkt. # 79 ("Motion"), and after Notice duly given to the Creditors and other parties in interest, Kingdom RCG Evergreen Series I LLC's Limited Objection, Dkt. # 86, the subsequent Stipulation and Agreed Upon Order filed by the parties, Dkt. #s 100 and 101, and after hearings held on May 8, 2025 and May 22, 2025, it is hereby

**ORDERED** that the Debtor, Juana Ortiz is hereby granted leave to sell real property located at 620 Putnam St., Hazleton, PA, along with personal property and fixtures ("Property") to Radhames Seijas Araujo for the sum of Two Hundred Forty Thousand ($240,000.00) Dollars. All valid liens and encumbrances to attach to the proceeds of said sale, except the encumbrances of outstanding real estate taxes; and it is further

**ORDERED** that the Debtor is granted leave to allow distribution of the proceeds of the sale at closing as follows:

    a. Any out-of-pocket expenses advanced by Tullio DeLuca, Esquire in connection with the sale of the aforementioned Property, and which have not been reimbursed at the time of settlement along with an attorney fee of $1,500.00;

b. Any notarization and/or incidental recording fees associated with the sale of the above Property;

c. Realtor's commission of 6% of the sales price;

d. Any transfer tax which is the responsibility of the seller herein;

e. Any unpaid real estate taxes and other municipal claims/liens arising from Property;

f. Payment in full to Fay Servicing. Debtor's counsel and/or Debtor's closing agent shall contact creditor through it's counsel to obtain a current payoff quote from Creditor to ensure the full amount of Creditor's lien, which lien is recorded in the Office of the Recorder of Deeds of Luzerne County, Pennsylvania as of December 04, 2007, at Instrument Number 5797804 is paid. Debtor's counsel and/or Debtor's closing agent shall contact Creditor the day of closing to ensure the payoff amount is valid and correct. Creditor's secured claim, plus all additional interest, loan charges and advances, fees, etc. shall be paid in full through the sale of the property. Any short sale must be approved by Creditor in writing prior to the sale;

g. That any other unpaid liens shall attach to the remaining sale proceeds;

h. Debtor's exemption if any;

i. The net sale proceeds in an amount to pay the balance owed to the Chapter 13 Trustee, if any, from the above sale shall be paid to Jack N. Zaharopoulos, Esq., Chapter 13 Trustee, for distribution to creditors in accordance with the Debtor's confirmed Plan.

Further, the Debtor is allowed to escrow funds at closing for a potential capital tax gain liability.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 22, 2025

2