UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re: ) | |
| Juana Ortiz, ) | Case No.: 5:22-bk-00155-MJC |
|     Debtor. ) | Chapter 13 |
| _____ ) | |
| ) | |
| **Kingdom RCG Evergreen Fund Series I LLC,** ) | Trustee Jack N. Zaharopoulos |
| ) | |
|     Movant, ) | |
| ) | Jude Mark J. Conway |
| v. ) | |
| ) | |
| **Juana Ortiz,** ) | |
| ) | |
|     Respondent. ) | |

## NOTICE OF WITHDRAW OF KINGDOM RCG EVERGREEN FUND SERIES I LLC'S NOTICE OF DEFAULT [DOC. NO. 85]

**COMES NOW, SECURED CREDITOR**, Kingdom RCG Evergreen Fund Series I LLC (herein after referred to as "Secured Creditor"), by and through its undersigned counsel, and hereby files this Notice of Withdraw of its Notice of Default[Doc. No. 85] as the full cure payment has been received.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list this 11th Day of June 2025.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Middle District of Pennsylvania, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

By: /s/ *Jennie C. Shnayder*
Jennie C. Shnayder, Esq. ID # 315213
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
jennie@dwaldmanlaw.com
Attorneys for Secured Creditor

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th Day of June 2025, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST**

*Debtor*
Juana Ortiz
620 N. Putnam St.
West Hazleton, PA 18202

Tullio DeLuca
381 N. 9th Avenue
Scranton, PA 18504
*Debtor(s) Attorney*

*Trustee*
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

*Asst. U.S. Trustee*
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

                                                  DWALDMANLAW, P.C.
                                                  4900 Carlisle Pike, #182
                                                  Mechanicsburg, PA 17050
                                                  Telephone: (844) 899-4162
                                                  Facsimile: (844) 882-4703
                                                  Email 1: jennie@dwaldmanlaw.com
                                                  Email 2: tiffany@dwaldmanlaw.com
                                                  Attorneys for Secured Creditor

                                                  By: __/s/ *Jennie C. Shnayder*_____
                                                  Jennie C. Shnayder, Esq.
                                                  PA Bar ID# 315213