# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Juana Ortiz

Case No.: 5-22-00155 MJC

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Land Home |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 0020 |
| Property Address if applicable: | 620 N Putnam St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $6,572.24 |
| b. | Prepetition arrearages paid by the trustee: | $6,572.24 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $6,572.24 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Date: August 26, 2025

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:  Juana Ortiz

                                                            Case No.: 5-22-00155  MJC

                                                            Chapter 13

                **Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 26, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Tullio DeLuca, Esquire
381 N 9th Ave
Scranton PA 18504

**Served by First Class Mail**
Land Home Financial Services
c/o Weinstein and Riley,PA
1415 Western Ave Suite 700
Seattle WA 98101-2051

Juana Ortiz
620 N Putnam St
West Hazleton PA 18202

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 26, 2025
                                                /s/  Liz Joyce
                                                Office of the Standing Chapter 13 Trustee
                                                Jack N. Zaharopoulos
                                                Suite A, 8125 Adams Dr.
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 22-00155    JUANA ORTIZ

**LAND HOME FINANCIAL SERVICES, INC**
PO BOX 25164

SANTA ANA, CA  92799-

Sequence: 13
Modify:
Filed Date:
Hold Code:

**Acct No:** Putnam St - PRE-ARREARS - 0

ARREARS - 620 PUTNAM STREET MFR ORDER # 65 10/16/24

| | | | |
|---|---|---|---|
| Amt Sched: $153,312.77 | Debt: $6,572.24 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $6,572.24 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5200** | **LAND HOME FINANCIAL SERVICES, INC** | | | | | | | |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 09/17/2024 | 2040064 | $1,269.59 | $0.00 | $1,269.59 | 10/07/2024 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 06/18/2024 | 2037387 | $1,269.58 | $0.00 | $1,269.58 | 07/10/2024 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 04/17/2024 | 2035457 | $634.79 | $0.00 | $634.79 | 04/24/2024 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 03/14/2024 | 2034489 | $634.79 | $0.00 | $634.79 | 03/22/2024 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 01/12/2024 | 2032620 | $1,269.58 | $0.00 | $1,269.58 | 01/18/2024 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 11/15/2023 | 2030759 | $634.79 | $0.00 | $634.79 | 11/22/2023 |
| 520-0 | LAND HOME FINANCIAL SERVICES, | | 10/18/2023 | 2029806 | $134.80 | $0.00 | $134.80 | 10/26/2023 |
| 520-0 | FAY SERVICING, LLC | C | 04/06/2023 | 0 | ($393.13) | $0.00 | ($393.13) | 08/30/2024 |
| | | | | | | | Cred Rfd Chk #: 1200891 | |
| 520-0 | FAY SERVICING, LLC | C | 04/04/2023 | 0 | ($786.27) | $0.00 | ($786.27) | 08/30/2024 |
| | | | | | | | Cred Rfd Chk #: 1199263 | |
| 520-0 | FAY SERVICING, LLC | | 03/15/2023 | 2022775 | $393.13 | $0.00 | $393.13 | 03/27/2023 |
| 520-0 | FAY SERVICING, LLC | | 01/18/2023 | 2020762 | $786.27 | $0.00 | $786.27 | 01/26/2023 |
| 520-0 | FAY SERVICING, LLC | | 11/16/2022 | 2018816 | $393.13 | $0.00 | $393.13 | 01/03/2023 |
| 520-0 | FAY SERVICING, LLC | | 10/18/2022 | 2017759 | $331.19 | $0.00 | $331.19 | 10/28/2022 |

Sub-totals: $6,572.24    $0.00    $6,572.24

Grand Total: $6,572.24    $0.00