Certificate Number: 15317-PAM-DE-040146537

Bankruptcy Case Number: 18-02134


15317-PAM-DE-040146537

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 30, 2025, at 12:37 o'clock PM PDT, Juana Ortiz completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 30, 2025

By: /s/Glend Enfestan

Name: Glend Enfestan

Title: Credit Counselor