United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                   Case No. 22-00155-MJC
Juana Ortiz                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                           Page 1 of 3
Date Rcvd: Oct 03, 2025                      Form ID: 3180W                                       Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juana Ortiz, 620 N. Putnam St., West Hazleton, PA 18202-2125 |
| cr | + | Hazleton City Authority, Hazleton City Authority, 400 East Author Gardner Parkway, Hazleton, PA 18201-7395 |
| cr | + | Municipal Authority of Hazle Township, PO Box 502, Harleigh, PA 18225, UNITED STATES 18225-0502 |
| 5457453 | | Community Loan Servicing, LLC, 4426 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146 |
| 5457455 | + | Greater Hazleton Joint Sewer Authority, 500 Oscar Thomas Drive, P.O. Box 651, Hazleton, PA 18201-0651 |
| 5457457 | | Hazleton City Authority, 400 E. Arthur Gardner Pkwy., Hazleton, PA 182010-7395 |
| 5660776 | | Kingdom RCG Evergreen Fund Series I LLC, C/O LAND HOME FINANCIAL SERVICES, INC., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704, Kingdom RCG Evergreen Fund Series I LLC C/O LAND HOME FINANCIAL SERVICES, INC. |
| 5457460 | + | Municipal Authority of Hazle Township, P.O. Box 502, Harleigh, PA 18225-0502 |
| 5457461 | + | Yajaira Ortiz, 604 Landmesser Ave., Hazleton, PA 18202-2151 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5468336 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 18:41:00 | Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 5457454 | ^ | MEBN | Oct 03 2025 18:40:13 | Fay Servicing, 425 S.Financial Pl. Suite 2000, Chicago, IL 60605-1000 |
| 5660775 | ^ | MEBN | Oct 03 2025 18:40:10 | Kingdom RCG Evergreen Fund Series I LLC, C/O LAND HOME FINANCIAL SERVICES, INC., 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 5457459 | | Email/Text: tullio.deluca@verizon.net | Oct 03 2025 18:41:00 | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504 |
| 5538405 | ^ | MEBN | Oct 03 2025 18:40:12 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704, Land Home Financial Services, Inc. as se, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 5538404 | ^ | MEBN | Oct 03 2025 18:40:11 | Land Home Financial Services, Inc. as servicer, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 5497778 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 18:41:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741 |
| 5497779 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 18:41:00 | Nationstar Mortgage LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O RightPath Servicing |
| 5604538 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 18:41:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5604539 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 03 2025 18:41:00 | Nationstar Mortgage LLC, C/O Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, C/O Rushmore Servicing |
| 5465939 | ^ | MEBN | Oct 03 2025 18:40:03 | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5458786 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 03 2025 18:41:00 | U.S. Bank Trust National Association, as Trustee f, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5467163 | ^ | MEBN | Oct 03 2025 18:40:03 | U.S. Bank Trust National Association, et al., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | U.S. Bank Trust National Association, as Trustee f, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5457456 | * | Greater Hazleton Joint Sewer Authority, 500 Oscar Thomas Drive, P.O. Box 651, Hazleton, PA 18201-0651 |
| 5457458 | *+ | Juana Ortiz, 620 N. Putnam St., West Hazleton, PA 18202-2125 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Christopher B Slusser | on behalf of Creditor Hazleton City Authority chriss@slusserlawfirm.com lisab@slusserlawfirm.com |
| Christopher B Slusser | on behalf of Creditor Municipal Authority of Hazle Township chriss@slusserlawfirm.com lisab@slusserlawfirm.com |
| Daniel Philip Jones | on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Land Home Financial Services Inc., as Servicer for OHTacoma1SUBI a Series of OHTacoma1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |

Denise E. Carlon
    on behalf of Creditor Community Loan Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
    ecf_pahu_alt@trustee13.com

Jennie Shnayder
    on behalf of Creditor Kingdom RCG Evergreen Fund Series I LLC jennie@dwaldmanlaw.com corey@dwaldmanlaw.com

Steven K Eisenberg
    on behalf of Creditor U.S. Bank Trust National Association as Trustee for CVI CGS Mortgage Loan Trust I seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

Tullio DeLuca
    on behalf of Debtor 1 Juana Ortiz tullio.deluca@verizon.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

| Information to identify the case: | |
|---|---|
| Debtor 1: Juana Ortiz | Social Security number or ITIN: xxx–xx–7364 <br> EIN: __–_____ |
| Debtor 2 (Spouse, if filing): | Social Security number or ITIN: ____ <br> EIN: __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 5:22-bk-00155-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Juana Ortiz
aka Juana B. Ortiz, aka Juana B. Castillo De Ortiz

10/3/25

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**